No. 424. MEMPA *v.* RHAY, PENITENTIARY SUPERIN-TENDENT. Sup. Ct. Wash. Motion to dispense with printing petition granted. Certiorari granted. *Donald A. Schmechel* for petitioner. *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent. 

No. 734. WALKLING *v.* RHAY, PENITENTIARY SUPER-INTENDENT. Sup. Ct. Wash. Motion to dispense with printing petition granted. Certiorari granted and case set for oral argument immediately following No. 424. *Donald A. Schmechel* for petitioner. *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 789. FEDERAL TRADE COMMISSION *v.* FRED MEYER, INC., ET AL. C. A. 9th Cir. Petition for writ of certiorari granted limited to Question 1 presented by the petition which reads as follows: "1. Whether a supplier's granting to a retailer who buys directly from it promotional allowances that are not made available to a wholesaler who resells to retailers competing with the direct-buying retailer violates Section 2 (d) of the Robinson-Patman Act." *Solicitor General Marshall, Assistant Attorney General Turner* and *James McI. Henderson* for petitioner. *Edward F. Howrey, Terrence C. Sheehy* and *George W. Mead* for respondents. 

No. 892. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1291 *v.* PHILADELPHIA MARINE TRADE ASSOCIATION. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Francis A. Scanlan* for respondent.